**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROGER W. TITUS** | **6500 CHERRYWOOD LANE** |
| **UNITED STATES DISTRICT JUDGE** | **GREENBELT, MARYLAND 20770** |
| | **301-344-0052** |

# M E M O R A N D U M

TO:     Counsel of Record

FROM:   Judge Roger W. Titus

RE:     *Laborers' District Council Pension and Disability Trust Fund No. 2 et al v. General Concrete Co., Inc.*
        Civil Case No: RWT 11-3595

DATE:   January 23, 2012

On January 20, 2012, Plaintiffs filed a Motion for Clerk's Entry of Default [ECF No. 7], and Motion for Default Judgment [ECF No. 8]. Because service was improper, Plaintiffs' Motion for Clerk's Entry of Default [ECF No. 7], and Plaintiffs' Motion for Default Judgment [ECF No. 8] shall be **DENIED**.

The Defendant was served via a process server by delivering a copy of the Complaint to Lydia Akins, Accounts Payable & Authorized Agent of General Concrete Co., Inc. at 10610 Rhode Island Ave., #304, Beltsville, Maryland. *See* ECF No. 6. According to the Maryland Department of Assessments & Taxation, the proper address for service is 13822 Turnmore Road, Silver Spring, Maryland and the registered agent to be served is Mauricio Melara.

If Plaintiffs wish to pursue their claim, they are urged to effect service of the Complaint on the proper entity.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                          /s/
                                          Roger W. Titus
                                          United States District Judge